UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA HUTCHINS, | NO. CV-06-5074- LRS |
| Plaintiffs, | AGREED ORDER OF |
| vs. | DISMISSAL |
| CITY OF GOLDENDALE, a Washington | |
| corporation; and DAVE HILL, in his | |
| public and private capacity, | |
| Defendants. | |

THIS MATTER having come on for entry of an agreed order based upon a Stipulation between the plaintiff, Maria Hutchins and defendants, City of Goldendale and Dave Hill, for an order of dismissal, and the court having considered the records and files herein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims by and between plaintiff Maria Hutchins and defendants, City of Goldendale and Dave Hill are hereby dismissed with prejudice, without an award of fees or costs to any party.

AGREED ORDER OF DISMISSAL - 1

DATED this 8th day of March, 2007.

**s/Lonny R. Suko**

_____

LONNY R. SUKO
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AGREED ORDER OF DISMISSAL - 2